UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

WILSON GUILLEN,

                            Defendant.
-----------------------------------------------------------------x

**ORDER**
17 CR 512 (KMW)

KIMBA M. WOOD, District Judge:

    The defendant's first post-sentencing conference will be held on Wednesday, April 10, 2024, at 11:30 a.m.

    SO ORDERED.

Dated: New York, New York
         October 30, 2023

                                                  /s/ Kimba M. Wood
                                                KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE