

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/23
```

**MEMO ENDORSED**

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

November 3, 2023

*Via ECF*
Hon. Kimba M. Wood
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re:  **United States v. Wilson Guillen**
             **Crim. No. 17-cr-512**

Dear Judge Wood:

    I represented Mr. Guillen in his federal criminal matter (17-cr-512). I was appointed pursuant to the Criminal Justice Act. He was sentenced before Your Honor on September 25, 2019. Mr. Guillen is scheduled to appear before Your Honor for his post-sentencing conference currently scheduled for April 10, 2024. Therefore, we submit this letter respectfully requesting that Your Honor reappoint us to represent Mr. Guillen in his matter.

*Granted.*

    Thank you for Your Honor's time and consideration of this matter.

                              Respectfully submitted,
                              s/ Lorraine Gauli-Rufo
                              Lorraine Gauli-Rufo, Esq.
                              Attorney for Wilson Guillen

Cc: Jessica Fender, AUSA
    Margaret Graham, AUSA
    Olga I. Zverovich, AUSA

**SO ORDERED:** N.Y., N.Y. 11/7/23

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

Page | 1