

**LGR LAW, LLC**
**FEDERAL CRIMINAL DEFENSE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/25

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM

**MEMO ENDORSED**

March 4, 2025

*Via ECF*
Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: USA vs. Wilson Guillen
17-cr-512-KMW-4

Dear Judge Wood:

I represented Wilson Guillen pursuant to the Criminal Justice Act (CJA) in the above criminal matter and his case has been closed. Mr. Guillen is scheduled to appear on April 9, 2025 before Your Honor for a status conference. I am respectfully requesting that Your Honor re-appoint me to represent Mr. Guillen in this matter. Your Honor's time and consideration to this request is greatly appreciated.

Granted

Respectfully submitted,

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.

Cc: Jessica Fender, AUSA

SO ORDERED: N.Y., N.Y. 3/5/25

_____
KIMBA M. WOOD
U.S.D.J.